UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

- v. -

DARKO DUROVIC,

Defendant.

------------------------------------- x

**SEALED INDICTMENT**

25 Cr. ____

**25 CRIM  122**

The Grand Jury charges:

### Overview

1. Since at least in or about October 2024, DARKO DUROVIC, the defendant, who currently resides in the United States, and a co-conspirator ("CC-1"), who is a national of a particular foreign country ("Country-1"), have worked together and with others in a plot to murder or kidnap two individuals in exchange for approximately $1.5 million per target (the "Plot"). The targets of the Plot ("Target-1" and "Target-2," and, collectively, the "Targets") are well-known dissidents from a republic in Country-1 ("Republic-1") and have been the targets of multiple reprisal and assassination attempts by Republic-1 and Country-1.

2. As detailed below, in furtherance of the Plot, DARKO DUROVIC, the defendant, has, among other things, (i) traveled from the United States to Country-1 on at least two occasions to meet with CC-1, who paid DUROVIC approximately $60,000 to finance the Plot; (ii) researched Glock handguns while planning travel to a western European country ("Country-2") to locate Target-2; (iii) traveled to another western European country ("Country-3") to locate Target-1; and (iv) recruited another co-conspirator ("CC-2") in the United States, who discussed with DUROVIC the need to "finance a hunting team" to locate the Targets.

### **DUROVIC Participates in the Plot**

*July 2024 to October 2024: DUROVIC Travels to Country-1 to Meet with CC-1*

DUROVIC's July 2024 Travel to Country-1

3. Between on or about July 3 and July 5, 2024, DARKO DUROVIC, the defendant, traveled to the capital city of Country-1 ("City-1"), where DUROVIC met with CC-1.

4. On or about July 15, 2024, in response to questioning by a Special Agent of the Federal Bureau of Investigation ("FBI") regarding his travel, DARKO DUROVIC, the defendant, falsely claimed he had not traveled to another location and had remained in New York in or about early July 2024, when, in fact, DUROVIC had traveled to Country-1 between on or about July 3 and July 5, 2024.

DUROVIC's October 2024 Travel to Country-1

5. On or about October 11, 2024, in response to questioning by a Special Agent of the FBI regarding his travel, DARKO DUROVIC, the defendant, falsely claimed he was traveling to a particular country (not Country-1), when, in fact, and as detailed below, DUROVIC traveled to Country-1 between on or about October 16 and October 19, 2024, and had already purchased airline tickets to Country-1 at the time of his statements to the Special Agent of the FBI.

6. Between on or about October 16 and October 19, 2024, DARKO DUROVIC, the defendant, traveled again to City-1. On or about October 17, 2024, DUROVIC met with CC-1 at a restaurant near the headquarters of Country-1's internal security and counterintelligence service. During the meeting, CC-1 paid DUROVIC approximately $60,000 to finance the Plot and offered DUROVIC approximately $1.5 million per target to "arrest" the Targets and have them "legally deported" to Country-1.

7.  That same day, after the meeting with CC-1, DARKO DUROVIC, the defendant, sent an email containing pictures of the approximately $60,000 that CC-1 provided to DUROVIC to finance the Plot:



8.  The native language of DARKO DUROVIC, the defendant, is Serbo-Croatian (hereinafter, Serbian). In connection with the Plot, DUROVIC communicated with CC-1, whose native language is the Country-1 Language, electronically by, among other means, encrypted messaging platforms that can delete messages after a specified period. DUROVIC frequently used an online translation tool to translate his communications in Serbian to Country-1 Language to communicate with CC-1 and potentially others involved in the Plot who, in turn, communicated with DUROVIC in Country-1 Language (which DUROVIC translated back to Serbian using an online translation tool). As detailed in part below, the contents of DUROVIC's communications with CC-1 and others (as recovered from these online translations) include reports on DUROVIC's progress and steps that he took in connection with the Plot.

9. For example, on or about October 20, 2024, DARKO DUROVIC, the defendant, used an online translation tool to translate the following message from Serbian to Country-1 Language following DUROVIC's departure from City-1: "I arrived in Montenegro . . . Excellent treatment at the airport. I got connected with the right people. I value that. Will be in touch."

*November 2024 to December 2024: DUROVIC Attempts to Locate the Targets in Europe*

<u>DUROVIC Attempts to Locate Target-2 in Country-2</u>

10. Following the meetings between DARKO DUROVIC, the defendant, and CC-1 in Country-1, DUROVIC attempted to locate Target-2 in Country-2, including through multiple online searches and electronic communications with CC-1 and others. Among other things, DUROVIC engaged in the following acts in furtherance of the Plot as to Target-2:

    a. On or about November 17, 2024, DUROVIC conducted multiple Internet searches for Target-2 and articles related to Target-2 being in Country-2 to testify in court regarding an assassination attempt against a family member of Target-2.

    b. On or about November 19, 2024, DUROVIC conducted multiple online searches for types of handguns, including "Glock 17," "Glock 21," "Glock 22," as well as "Glock 21 podgorica." Approximately an hour later, DUROVIC used an online translation tool to translate from Serbian to Country-1 Language, "On Wednesday I'm traveling to a town near [the capital of Country-2]. It will be a starting point. I'll send you the details from the field."

    c. On or about November 20, 2024, DUROVIC conducted an online search for an article regarding communities associated with Republic-1 in Country-2. Within approximately one minute of conducting the search, DUROVIC used an online translation tool to translate from Serbian to Country-1 Language, "Thanks, understood. I'm working on it. I'm using all available contacts to predict the next place where he will appear, because he is hard to catch on

4

the location where he already is. When he shows up on one location, he spends little time there. If you get additional information about the possible location, please forward. I'll head there right away."

DUROVIC Attempts to Locate Target-1 in Country-3

11.     After apparently concluding that Target-2 was likely not located in Country-2, DARKO DUROVIC, the defendant, began researching the location of Target-1, whom DUROVIC believed to be located in a particular city ("City-2") in Country-3. Among other things, DUROVIC engaged in the following acts in furtherance of the Plot as to Target-1:

  a.     On or about November 23, 2024, DUROVIC conducted multiple online searches for "[City-2] houses" and [City-2] map." As noted above, City-2 is located within Country-3.

  b.     On or about November 28, 2024, DUROVIC used an online translation tool to translate from Serbian to Country-1 Language, "I was preparing more for [Country-2] because you had told me to focus on [Country-2]. For project T [*i.e.*, Target-2], at this time I cannot confirm the location in New York, because I am in Montenegro. I will return to New York around December 20, and will try to find him in New York. . . . Project T tries to make an impression that he is always in EU in order to disguise his trace, but in reality, he is in the USA most of the time. This is the information I have received from my contacts. Regarding project X [*i.e.*, Target-1], I have two pieces of information: [a country in western Asia ("Country-4")] and [Country-3]. The information on [Country-3] says that He is located in [City-2]. In the villa. He is well guarded by the people from his country. He doesn't get out of the villa much. So, it's not an apartment block, but a white villa, near the sea . . ."

      c.      On or about December 2, 2024, DUROVIC used an online translation tool to translate from Serbian to Country-1 Language, "Good evening. My source keeps claiming that project X is definitely located in [City-2], [Country-3], but I still don't have a confirmation of the exact address. I'm working on it."

      d.      On or about December 8, 2024, DUROVIC used an online translation tool to translate from Serbian to Country-1 Language, "Regarding Mr. X, I received a confirmation from one more source. I have also received a confirmation that X is in [Country-3], the city of [City-2]. . . . The plan for me is to fly to [Country-3] on Thursday, and go for a prayer service in the main Islamic center in [City-2] on Friday . . . I may be lucky . . . After that, I'll stay on for a few more day, looking for a possible location."

      e.      On or about December 12, 2024, DUROVIC used an online translation tool to translate from Serbian to Country-1 Language, "From Sunday to Thursday I will be in [City-2]. I have two confirmations that X is located in [City-2], but I cannot get the address confirmed. I will visit several locations where I should expect him to appear. I may be lucky."

      f.      On or about December 13, 2024, DUROVIC conducted online searches for, among other things, the name of Target-1 and an article describing how Target-1's relatives were the subject of acts of reprisal by Country-1 authorities.

      g.      Between approximately December 16 and December 18, 2024, DUROVIC traveled to Country-3 as part of his efforts to locate Target-1 in furtherance of the Plot.

      h.      On or about December 19, 2024, DUROVIC used an online translation tool to translate from Serbian to Country-1 Language, "No significant results. I couldn't find the buildings that would fit the description (by the sea). I'll keep working." Shortly thereafter,

DUROVIC used an online translation tool to translate from Country-1 Language to Serbian, "Good afternoon! In the mosques?"

    i.  On or about December 19, 2024, DUROVIC used an online translation tool to translate from Serbian to Country-1 Language the following message regarding the results of his search for Target-1: "No, not in the mosques. It would be too risky for them, because these buildings are under official surveillance. According to some information, He is in a large villa, which is surrounded with a white fence/wall, and there is some Islamic sign on the gate. . . . I researched as much as I could, but unfortunately, I was unable to find something like that. There are too many of them which are similar to this description, but still different in the end. In my opinion, even if He has been there, by now he has left . . . Because if you take into account the facts, the intensity of his posting, now there is a lull, he's not so active . . . Which leads me to conclusion that he is in motion, that he is moving from place to place very often, and that he fears more, and trusts people less. I believe that we will find him soon, he can't be moving around all the time. He'll relax and fall into the trap at some point."

### *December 2024 to January 2025: DUROVIC Returns to the United States and Recruits CC-2 for the Plot*

  12.  On or about December 31, 2024, while in the United States, DARKO DUROVIC, the defendant, began to recruit CC-2 to join the Plot. That day, DUROVIC wrote CC-2, among other things, "I have people who would pay a lot of money to have this person and others like him arrested and handed over to them. For now, I have 3 or more people who are wanted for arrest. . . . For each person we get $1.5M USD. We need an associate who will not ask much, but provide us with that information and after I confirm the location (I will check it myself), we get the money."

  13.  In or about January 2025, DARKO DUROVIC, the defendant, and CC-2, exchanged messages regarding the Plot that included, among other things, DUROVIC's

description that Target-1 was "on the wanted list for years," and "a priority[.]" DUROVIC also explained that he had "another one [*i.e.*, Target-2] that can go in a package with this one [*i.e.*, Target-1], and that means double the money." DUROVIC also wrote that "if . . . we solve these two who want to arrest and throw prison. Then we can negotiate about the third person they want more than all the others. We can ask for more than 10 million for that person. That person is wanted dead or alive." In response, CC-2 described, among other things, the need for a refundable retainer from DUROVIC's client, and the need "to finance a hunting team." Additionally, DUROVIC sent CC-2 four cellphone numbers that CC-1 had previously sent to DUROVIC, each with European country codes, that DUROVIC claimed Target-1 had used in the past. DUROVIC also sent CC-2 a screenshot with information regarding IP addresses that CC-1 previously provided to DUROVIC and which were purportedly used by Target-1 to access the Internet.

14.     In later communications with CC-2, on or about January 8, 2025, DARKO DUROVIC, the defendant, wrote that CC-1 "is in politics on some level" and "one of the closest" people with a high-ranking Country-1 government official.

## COUNT ONE
**(Conspiracy to Commit Murder and Kidnapping in a Foreign Country)**

15.     From at least in or about October 2024, up to and including the date of the filing of this Indictment, in the Southern District of New York and elsewhere, DARKO DUROVIC, the defendant, and others known and unknown, knowingly and intentionally did combine, conspire, confederate, and agree together and with each other, within the jurisdiction of the United States, to commit, at any place outside the United States, acts that would constitute the offenses of murder and kidnapping if committed in the special maritime and territorial jurisdiction of the United States.

**Overt Acts**

16.     In furtherance of the conspiracy and to effect the illegal objects thereof, DARKO DUROVIC, the defendant, and others known and unknown, committed and caused to be committed, among others, the overt acts described in paragraphs 1 through 14 of this Indictment, including the acts that occurred in the United States described in paragraphs 5, 12, 13, and 14 of this Indictment, which are incorporated by reference herein.

(Title 18, United States Code, Section 956(a)(1).)

## COUNT TWO
### (False Statements)

The Grand Jury further charges:

17.     The allegations contained in paragraphs 1 through 14 of this Indictment are realleged and incorporated as though fully set forth herein.

18.     On or about July 15, 2024, in the Southern District of New York and elsewhere, DARKO DUROVIC, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, to wit, in response to questioning by a Special Agent from the FBI, DUROVIC lied regarding his travel to Country-1 in or about July 2024.

(Title 18, United States Code, Section 1001(a)(2).)

## COUNT THREE
### (False Statements)

The Grand Jury further charges:

19.     The allegations contained in paragraphs 1 through 14 of this Indictment are realleged and incorporated as though fully set forth herein.

20.   On or about October 11, 2024, in the Southern District of New York and elsewhere, DARKO DUROVIC, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, to wit, in response to questioning by a Special Agent from the FBI, DUROVIC lied regarding his upcoming travel to Country-1 in mid-October 2024.

(Title 18, United States Code, Section 1001(a)(2).)

## FORFEITURE ALLEGATIONS

21.   As a result of committing the offense alleged in Count One of this Indictment, DARKO DUROVIC, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), any and all assets, foreign and domestic, of the defendant; any and all assets, foreign and domestic, affording the defendant a source of influence over any entity or organization engaged in planning or perpetrating said offense; any and all assets, foreign and domestic, acquired or maintained with the intent and for the purpose of supporting, planning, conducting or concealing said offense; any and all assets, foreign and domestic, derived from, involved in, or used or intended to be used to commit said offense, including but not limited to a sum of money in United States currency representing the total amount of the defendant's assets.

### Substitute Assets Provision

22.   If any of the above-described forfeitable property, as a result of any act or omission of DARKO DUROVIC, the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

  c.  has been placed beyond the jurisdiction of the Court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981 and 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
MATTHEW PODOLSKY
Acting United States Attorney