```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
                                    :   [PROPOSED] ORDER
        - v -                       :
                                    :   25 Cr. 133 (JPC)
DARKO DUROVIC,                      :
                                    :
               Defendant.           :
------------------------------------X
```

WHEREAS, the Court and the parties seek to ensure that the defendant DARKO DUROVIC (Reg. No. 00100-506) has meaningful access to review discovery and other case materials while detained at the Metropolitan Detention Center Brooklyn ("MDC"); and

WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of MDC;

IT IS HEREBY ORDERED that

1. Defendant DUROVIC may have access to an "air-gapped" laptop computer (the "Laptop") that is disabled from accessing the internet, local area networks, or other electronic devices;

2. Upon receipt of an acceptable laptop computer from counsel for DUROVIC, the Government shall (a) ensure that the Laptop is appropriately "air gapped" and compatible with MDC's security requirements; (b) ensure that the Laptop is loaded with the electronic discovery in this case; and (c) deliver the

Laptop to the proper authorities at MDC at a time deemed appropriate;

3. The Laptop shall be password-protected and maintained in a location acceptable to Bureau of Prisons personnel;

4. Bureau of Prisons personnel will provide defendant DUROVIC with access to the Laptop in the visiting room, Mondays through Fridays, from 8:00 a.m. to 4:00 p.m., upon request;

5. This Order remains in effect until the trial in this matter is completed;

6. A copy of this Order shall be made available to the Unit Team/Floor where defendant DUROVIC is housed;

7. Defendant DUROVIC shall execute an agreement setting forth his understanding that he may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to his criminal case, that he shall not share the Laptop or the material located onto the Laptop with other inmates or with any attorney not appointed to this case without an order of the Court, that he will not access or attempt to access the internet or any form of wireless communication, and that he will forfeit his right under this Order to use the Laptop, and that he might exposure himself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791(d) in the future, should he violate any of these understandings.

8. Within forty-eight hours of MDC's receipt of the Laptop from the Government, defendant DUROVIC shall receive access to the Laptop subject to the following conditions:

    a. Defendant DUROVIC will be brought to the visiting room upon his request to the unit officer Monday through Friday;

    b. Defendant DUROVIC shall not have possession of any charging apparatus or cord that connects to the Laptop, except wired audio headphones approved by Bureau of Prisons personnel.

Dated: New York, New York
      June 3, 2025

SO ORDERED:

_____
HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK