# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 6, 2025

> The request is granted. The June 10, 2025 status conference in this matter is adjourned to August 21, 2025 at 10:00 a.m. The Court finds that the ends of justice met by granting this adjournment outweigh the public and Defendant's interest in a speedy trial, as the adjournment will allow the defense time to review the already-produced discovery and evaluate any potential motions. Time is therefore excluded until August 21, 2025 pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).
>
> The Clerk of Court is respectfully directed to close Docket Number 15.
>
> SO ORDERED.
> Date: June 9, 2025
> New York, New York
>
> /s/ JOHN P. CRONAN
> United States District Judge

**Via ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** <u>United States v. Darko Durovic</u>
 **25 Cr. 122 (JPC)**

Dear Judge Cronan,

    I write with the consent of the Government to respectfully request an approximately 60-day adjournment of the June 10, 2025 status conference in the above-captioned matter. Since the parties' last appearance, the Government has made several discovery productions and anticipates making additional, voluminous productions in the coming weeks. The Court has recently entered an order on consent to permit Mr. Durovic to access much of this discovery material on an "air-gapped" laptop while he is detained at MDC, which the parties will work to provide once the forthcoming discovery material is available.

    So that the defense may have time to review the already-produced discovery and forthcoming disclosure material and evaluate any potential motions, and to provide the Government time to complete its evaluation of expected practice and timing under the Classified Information Procedures Act, we respectfully request a 60-day adjournment of the June 10, 2025 status conference.

    Should the Court grant the requested adjournment, the Government respectfully requests the exclusion of time under the Speedy Trial Act until the adjourned conference date. For the reasons set forth above, the defense has no objection to this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record