# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 29, 2026

**Via ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is granted. The parties shall propose a Rule 12 motion schedule by February 2, 2026. The Clerk of Court is respectfully directed to close Docket Number 31.

SO ORDERED.
January 29, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Re.   **United States v. Darko Durovic**
      **25 Cr. 122 (JPC)**

Dear Judge Cronan,

I write with the consent of the Government to respectfully request a brief adjournment of the deadline for the parties to submit their respective proposals for a briefing schedule for Rule 12 motions. At the January 15, 2026 conference, the Court asked the parties to submit their proposed schedule(s) by today, January 29, 2026. The defense is still reviewing the Government's classified production, which will inform the defense's view on the appropriate schedule going forward. To permit the defense time to complete this review and allow time for the parties to confer on a schedule, I respectfully request an adjournment to Monday, February 2, 2026, of the January 29, 2026 deadline for the parties' Rule 12 motion schedule proposals.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

Enclosure

cc:   Counsel of record