# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 9, 2026

**Via ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re.     United States v. Darko Durovic**
**25 Cr. 122 (JPC)**

Dear Judge Cronan,

The request is granted. The status conference scheduled for March 16, 2026, is adjourned to May 28, 2026, at 3:00 p.m. The Court finds that the ends of justice met by granting this adjournment outweigh the Defendant and public's interest in a speedy trial, as the adjournment will allow time for Defendant to prepare his Rule 12 motions and discuss a potential pretrial resolution with the Government. *See* Dkt. 33. Time is therefore excluded until May 28, 2026, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to close Docket Number 39.
SO ORDERED.
March 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

    We write with the consent of the Government to respectfully request an adjournment of the March 16, 2026 conference. Since the parties last appeared before the Court on January 15, 2026, the Court set a schedule for the defense's Rule 12 motions, which are due May 21, 2026. *See* Doc. 34. The parties do not have any other issues to raise with the Court at this time. Accordingly, the parties jointly request that the Court adjourn the March 16, 2026 conference to a date and time shortly after the defense's Rule 12 motions are due, at which point the parties can address a proposed schedule for any opposition and reply submissions, as well as any hearings.

    Should the Court grant this adjournment request, the Government requests that the Court exclude time under the Speedy Trial Act until the rescheduled conference date, consistent with the motion schedule the Court has set. The defense has no objection to this request.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Andrew J. Dalack
Assistant Federal Defenders
(212) 417-8744 / 8768

cc:     Counsel of record