# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 9, 2026

**Via ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re.    **United States v. Darko Durovic**
       **25 Cr. 122 (JPC)**

Dear Judge Cronan,

We write with the consent of the Government to respectfully request an adjournment of the May 28, 2026 conference. Undersigned counsel now has professional obligations out of state that conflict with the May 28, 2026 conference date. The defense has conferred with the Government, and counsel for both parties are available the following week except 11:00 a.m. to 12:30 p.m. on June 2 or any time on June 5.

Should the Court grant this adjournment request, the Government requests that the Court exclude time under the Speedy Trial Act until the rescheduled conference date. The defense has no objection to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Andrew J. Dalack
Assistant Federal Defenders
(212) 417-8744 / 8768

cc:    Counsel of record    The request is granted. The status conference scheduled for May 28, 2026, at 3:00 p.m. is adjourned to June 1, 2026, at 4:00 p.m. The Court finds that the ends of justice met by granting this adjournment outweigh the Defendant and public's interest in a speedy trial, given Defendant's counsel's conflict with the previously scheduled conference date and because the adjournment will allow time for Defendant to prepare his Rule 12 motions and discuss a potential pretrial resolution with the Government. *See* Dkt. 33. Time is therefore excluded from May 28, 2026, to June 1, 2026, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to close Docket Number 49.
SO ORDERED.
April 10, 2026
New York, New York

JOHN P. CRONAN
United States District Judge