# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 14, 2026

**Via ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re.    **United States v. Darko Durovic**
       **25 Cr. 122 (JPC)**

Dear Judge Cronan,

We write with the consent of the Government to respectfully request an approximately 30-day adjournment of the May 21, 2026 motion deadline and June 1, 2026 conference. The parties are presently engaged in conversations regarding a potential pretrial disposition that might obviate the need for motion practice. To permit the parties time to pursue these discussions, the defense respectfully requests an adjournment of the deadline for Rule 12 motions and subsequent conference.

Should the Court grant this adjournment request, the Government requests that the Court exclude time under the Speedy Trial Act until the rescheduled conference date. The defense has no objection to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Andrew J. Dalack
Assistant Federal Defenders
(212) 417-8744 / 8768

cc:    Counsel of record

The request is granted.  The motion deadline is adjourned to June 22, 2026.  The status conference scheduled for June 1, 2026 is adjourned to June 30, 2026, at 2:00 p.m.  The Court finds that the ends of justice met by granting this adjournment outweigh the Defendant's and public's interest in a speedy trial because the adjournment will allow time for Defendant to pursue a potential pretrial resolution with the Government. Time is therefore excluded from June 1, 2026, to June 30, 2026, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to close Docket Number 51.

SO ORDERED.
May 15, 2026
New York, New York



JOHN P. CRONAN
United States District Judge