Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 30, 2026

The request is granted. The motion deadline is adjourned to September 21, 2026. The status conference scheduled for August 14, 2026, is adjourned to October 1, 2026, at 2:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007. The Court finds that the ends of justice met by granting this adjournment outweigh Defendant's and public's interest in a speedy trial because the adjournment will allow time for Defendant to pursue a potential pretrial resolution with the Government. Time is therefore excluded from August 14, 2026, to October 1, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to close Docket Number 55.

SO ORDERED.
July 31, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**Via ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re.** **United States v. Darko Durovic**
**25 Cr. 122 (JPC)**

Dear Judge Cronan,

We write with the consent of the Government to respectfully request an approximately 45-day adjournment of the August 6, 2026 motion deadline and August 14, 2026 conference. The parties have made progress in their discussions regarding a potential pretrial disposition that might obviate the need for motion practice but have not yet reached agreement. To permit the parties additional time to pursue these discussions, the defense respectfully requests an adjournment of the deadline for Rule 12 motions and subsequent conference.

Should the Court grant this adjournment request, the Government requests that the Court exclude time under the Speedy Trial Act until the rescheduled conference date. The defense has no objection to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Andrew J. Dalack
Assistant Federal Defenders
(212) 417-8744 / 8768

cc: Counsel of record